

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-63,745-04

**EX PARTE CARLOS WAYNE TOOMBS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 044997-03-E-WR
### IN THE 108TH DISTRICT COURT
### FROM POTTER COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault, and sentenced to forty years' imprisonment. His conviction was affirmed on direct appeal. *Toombs v. State*, No. 07-02-00320-CR (Tex. App.—Feb. 7, 2003) (not designated for publication).

Applicant raises nine grounds for relief. Applicant's claims relating to his recent Chapter 64 DNA proceedings are denied. *Ex parte Baker*, 185 S.W.3d 894, 897–98 (Tex. Crim. App. 2006); *Ex parte Suhre*, 185 S.W.3d 898 (Tex. Crim. App. 2006). His ineffective assistance of counsel claim

relating to his trial proceedings is dismissed as subsequent. TEX. CODE CRIM. PROC. art. 11.07 § 4.

Accordingly, the writ application is denied in part and dismissed in part.

Filed: March 21, 2018

Do not publish